# United States Court of Appeals
## For the First Circuit

---

No. 13-1995

UNITED STATES OF AMERICA,

Appellee,

v.

GERALD T. RICH, JR.,

Defendant, Appellant.

---

**ERRATA SHEET**


The opinion of this Court issued on January 12, 2015 is corrected as follows:


On p.3, l.11, the word "no" should be substituted for the word "know".  The sentence, therefore, reads as follows:

"Appellate courts should not write at length to no other end than to hear their own words resonate."